UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOK SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, NJ 07081
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
(973) 218-6877 / (fax) (973) 218-6878
Attorneys for the Chapter 13 Debtor.

**Order Filed on August 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ZINA L. LEWIS

Chapter 13 Debtor

| | |
|---|---|
| Case Number: | 18-25115 (VFP) |
| Hearing Date: | 9/20/2017 at 10:00 AM |
| Judge: | Vincent F. Papalia |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to ___August 27, 2018___.

☐ Denied.

*rev.8/1/15*