**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

MIDDLEBROOK SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, NJ 07081
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
(973) 218-6877 / (fax) (973) 218-6878
Attorneys for the Chapter 13 Debtor.

In Re:

ZINA L. LEWIS

Chapter 13 Debtor

Order Filed on August 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case Number: | 18-25115 (VFP) |
| Hearing Date: | 9/20/2017 at 10:00 AM |
| Judge: | Vincent F. Papalia |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted. The deadline to file schedules is extended to August 27, 2018.

☐ Denied.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Zina L. Lewis  
    Debtor

Case No. 18-25115-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 17, 2018  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.  
db          +Zina L. Lewis,   19 Whittier Street,   East Orange, NJ 07018-1916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:  
        Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC  
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Melinda D. Middlebrooks    on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com  
                                                                                                                                                          TOTAL: 5