Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−25115−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zina L. Lewis
   aka Zina Drakeford, dba A Buck or 2
   19 Whittier Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1770

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/6/18 at 10:00 AM

to consider and act upon the following:

*39* − Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 11/6/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*41* − Certification in Opposition to Certification of Default filed by Standing Chapter 13 Trustee (related document:39 Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 11/6/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Angela Nascondiglio on behalf of Zina L. Lewis. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Nascondiglio, Angela)

Dated: 11/7/18

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court