| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Angela Nascondiglio, Esq.<br>nascondiglio@middlebrooksshapiro.com | Order Filed on December 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  ZINA LEWIS,<br><br>  Chapter 13 Debtor. | Case No.:       18-25115-VFP<br><br>Chapter:            13<br><br>Judge:            Papalia |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 11, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __September 4, 2018__ :

Property:     19 Whittier Street, East Orange, NJ 07018

Creditor:     Bayview Loan Servicing, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __3/4/2019__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2