UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtor,
Zina L. Lewis

Order Filed on December 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ZINA L. LEWIS,

Chapter 13 Debtor.

Case No.:     18-25115-VFP

Chapter:      13

Judge:        Vincent F. Papalia

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 31, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ _____1,722.00_____ for services rendered and expenses in the amount of $_____118.46_____ for a total of $_____1,840.46_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification of the Debtor's Chapter 13 Plan is necessary. Debtor retained firm and paid an initial retainer of $2,500.00 retainer and filing fee of $310.00, with the balance of the retainer in the amount of $1,000.00 to be paid through the Chapter 13 plan as an administrative priority. Firm seeks payment of supplemental fees and expenses in the total sum of $1,840.46, consisting of $1,722.00 in supplemental fees and reimbursement of expenses in the sum of $118.46 to be paid inside the Chapter 13 plan.

This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*