UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Angela Nascondiglio, Esq.
nascondiglio@middlebrooksshapiro.com

**Order Filed on March 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ZINA LEWIS,

Chapter 13 Debtor.

Case No.:  _____18-25115-VFP_____

Chapter:  _____13_____

Judge:  _____Papalia_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___September 4, 2018___ :

Property:      19 Whittier Street, East Orange, NJ 07018

Creditor:      Bayview Loan Servicing, LLC

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/4/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*