Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−25115−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zina L. Lewis
   aka Zina Drakeford, dba A Buck or 2
   19 Whittier Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1770

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     5/2/19
Time:    02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Middlebrooks Shapiro, P.C., Debtor's Attorney,

COMMISSION OR FEES
$5,254.00

EXPENSES
$64.32

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: April 2, 2019
JAN:

                                                            Jeanne Naughton
                                                            Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 18-25115-VFP
Zina L. Lewis                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Apr 02, 2019
                               Form ID: 137                 Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
db             +Zina L. Lewis,    19 Whittier Street,    East Orange, NJ 07018-1916
517713384       Aaron Sales & Lease Ownerships,    400 Galleria Pkwy., SE Ste 300,    Atlanta GA 30339-3182
517763769       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517713389      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517670829      +CitiMortgage,    C/O Buckley Madole, P.C.,    99 Wood Avenue South,    Suite 803,
                 Iselin, NJ 08830-2713
517713390       CitiMortgage,    C/O Powers Kirn, L.L.C,    728 Marne Hwy Suite 200,    Suite 803,
                 Moorestown, NJ 08057-3128
517670830       CitiMortgage, Inc.,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
517713391      +Comcast,    One Comcast Center,    Philadelphia, PA 19103,    Credit Acceptance,    PO Box 5070,
                 Southfield, MI 48086-5070
517672281      +Credit Acceptance,    25505 W. Twelve Mile #3000,    Southfield, MI 48034-8331
517713395      +EOS CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
517713396       EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
517713397      +EZPass NJ,    375 McCarter Highway (Route 21),    Newark, NJ 07114-2562
517713394       East Orange Water Commission,    PO Box 829793,    Philadelphia, PA 19182-9793
517713398      +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
517713399      +Geico Indemnity Company,    One GEICO Plaza,    Washington, DC 20076-0005
517713400       HESAA,    PO Box 548,    Newark, NJ 07101-0548
517713401      +HSBC Bank USA, N.A.,    P.O. Box 2013,    Buffalo, NY 14240-2013
517713406      +NJ E-ZPass,    PO Box 4971,    Trenton, NJ 08650-4971
517713407       NYC Department of Finance,    Parking Violations,    Church Street Station,    PO Box 3600,
                 New York, NY 10008-3600
517713408      +PA Turnpike TOLL BY PLATE,    300 East Park Drive,    Harrisburg, PA 17111-2729
517713409       PAM, LLC-PA Turnpike,    PO Box 1153,    Milwaukee, WI 53201-1153
517713385       PO Box 4310,    Carol Stream, IL 60197-4310
517713412      +PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517713410       Pennsylvania Turnpike Commission,    P.O. Box 67676,    Harrisburg, PA 17106-7676
517713411       Professional Account Management, LLC,    PO Box 1520,    Milwaukee, WI 53201-1520
517937403      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517764942      +Sansone Route 1 Nissan,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517713415      +St. Joseph's Regional Med Ctr,    P.O. Box 32025,    New York, NY 10087-2025
517713418      +TBOM/ATLS/FORTIVA,    PO Box 105555,    Atlanta, GA 30348-5555
517713419       Tolls by Mail Payment Processing Center,    PO Box 15183,    Albany, NY 12212-5183
517713421      +Tunnels, Bridges and Terminals,    The Port Authority of NY & NJ,    4 World Trade Center,
                 150 Greenwich Street, 22nd Floor,    New York, NY 10007-2355
517713422       US ASSET MANAGEMENT INC,    PO Box 981002,    Boston, MA 02298-1002
517713425       Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 00:21:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 00:20:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517713386      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2019 00:21:24
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
517804460      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2019 00:21:24
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517713388       E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 03 2019 00:21:41      CCS,
                 Payment Processing Center,    PO Box 55126,    Boston, MA 02205-5126
517713387      +E-mail/Text: bankruptcy@cavps.com Apr 03 2019 00:21:19      Cavalry Portfolio Services, LLP,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
517678691      +E-mail/Text: bankruptcy@cavps.com Apr 03 2019 00:21:19      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517713392      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2019 00:24:56      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
517792072       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2019 00:25:59      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517713393       E-mail/Text: bankruptcynotices@dcicollect.com Apr 03 2019 00:21:28
                 Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
517713402       E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 00:20:14      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517713403      +E-mail/Text: bncnotices@becket-lee.com Apr 03 2019 00:19:57      Kohls/CapOne,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517713404      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 03 2019 00:20:57      Midland Funding, LLC,
                 2365 Northside Dr #300,    San Diego, CA 92108-2709
517713405      +E-mail/Text: electronicbkydocs@nelnet.net Apr 03 2019 00:21:04      NelNet/Education Financial,
                 3015 S Parker Rd,    Ste 400,    Aurora, CO 80014-2904
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Apr 02, 2019
                              Form ID: 137             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517861074        +E-mail/Text: bankruptcy@pseg.com Apr 03 2019 00:19:47      PSE&G,   Attn: Bankruptcy Dept.,
                   PO Box 490,   Cranford NJ 07016-0490
517752225        +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 03 2019 00:21:14      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517713413        +E-mail/Text: Supportservices@receivablesperformance.com Apr 03 2019 00:21:36
                   Receivables Performance,   20816 44th Ave W,   Lynnwood, WA 98036-7744
517713414         E-mail/Text: bankruptcy@sw-credit.com Apr 03 2019 00:21:02      Southwest Credit,
                   4120 International Pkwy, Suite 1100,   Carrollton, TX 75007-1958
517713417         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 03 2019 00:26:27
                   T-Mobile Bankruptcy Team,   PO Box 53410,   Bellevue, WA 98015-3410
517694463        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2019 00:25:06      T Mobile/T-Mobile USA Inc,
                   by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517713420         E-mail/Text: bankruptcydepartment@tsico.com Apr 03 2019 00:21:35      Transworld Systems Inc.,
                   PO Box 15110,   Wilmington, DE 19850-5110
517803901        +E-mail/Text: BKRMailOps@weltman.com Apr 03 2019 00:21:08      U.S. Asset Management,
                   c/o Weltman,Weinberg,and Reis Co.,L.P.A.,   PO Box 93784,   Cleveland, OH 44101-5784
517799790        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2019 00:26:56      Verizon,
                   by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517713424         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2019 00:19:38
                   Verizon,   P.O. Box 4833,   Trenton, NJ 08650-4833
517713423         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2019 00:19:38
                   Verizon,   PO Box 15124,   Albany, NY 12212-5124
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517713416*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,   Division of Taxation,   Compliance Activity,
                   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
             Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
              nj-ecfmail@ecf.courtdrive.com
             Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
              Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
             Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC
              kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
             Marie-Ann Greenberg    magecf@magtrustee.com
             Melinda D. Middlebrooks    on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com,
              melindamiddlebrooks@gmail.com
             Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
              Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
             U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
             William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                              TOTAL: 9
```