UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
anstein@middlebrooksshapiro.com

In Re:

ZINA LEWIS,

  Chapter 13 Debtor.

**Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    _____18-25115-VFP_____

Chapter:    _____13_____

Judge:    _____Papalia_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 11, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___September 4, 2018___ :

Property: ___19 Whittier Street, East Orange, NJ 07018___

Creditor: ___Bayview Loan Servicing, LLC___

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____3/4/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-25115-VFP
Zina L. Lewis                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1              Date Rcvd: Dec 11, 2019
                             Form ID: pdf903            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db            +Zina L. Lewis,   19 Whittier Street,   East Orange, NJ 07018-1916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor   Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com,
           melindamiddlebrooks@gmail.com
          Melissa S DiCerbo    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III   on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                TOTAL: 9