| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   ZINA L. LEWIS | Case No.:  18-25115 VFP<br><br>Hearing Date:  7/16/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 21, 2020**

                                                            */s/ Vincent F. Papalia*
                                            **Honorable Vincent F. Papalia**
                                            **United States Bankruptcy Judge**

Debtor(s): ZINA L. LEWIS

Case No.: 18-25115

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/16/2020 on notice to MELINDA MIDDLEBROOKS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 7/30/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 7/30/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Zina L. Lewis  
    Debtor

Case No. 18-25115-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 21, 2020
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.
db        +Zina L. Lewis,   19 Whittier Street,    East Orange, NJ 07018-1916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Lauren   Moyer    on behalf of Creditor    Bayview Loan Servicing, LLC lmoyer@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Lauren   Moyer    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
         Company lmoyer@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
        Marie-Ann   Greenberg    magecf@magtrustee.com
        Melinda D. Middlebrooks    on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com,
         melindamiddlebrooks@gmail.com
        Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                                                                                                      TOTAL: 11