Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 18−25115−VFP
                      Chapter:  13
                      Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zina L. Lewis
   aka Zina Drakeford, dba A Buck or 2
   19 Whittier Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1770

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 9, 2018.

   On 7/27/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                September 3, 2020
Time:               08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 28, 2020
JAN: mff

                                                                         Jeanne Naughton
                                                                         Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                         Case No. 18-25115-VFP
Zina L. Lewis                                                                  Chapter 13
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-2             User: admin                Page 1 of 3              Date Rcvd: Jul 28, 2020
                                 Form ID: 185               Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db            +Zina L. Lewis,    19 Whittier Street,    East Orange, NJ 07018-1916
517713384      Aaron Sales & Lease Ownerships,    400 Galleria Pkwy., SE Ste 300,    Atlanta GA 30339-3182
517763769      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517713389     +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517713390      CitiMortgage,   C/O Powers Kirn, L.L.C,    728 Marne Hwy Suite 200,    Suite 803,
                Moorestown, NJ 08057-3128
517670829     +CitiMortgage,    C/O Buckley Madole, P.C.,    99 Wood Avenue South,    Suite 803,
                Iselin, NJ 08830-2713
517670830      CitiMortgage, Inc.,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
517713391     +Comcast,    One Comcast Center,    Philadelphia, PA 19103,    Credit Acceptance,    PO Box 5070,
                Southfield, MI 48086-5070
517713395     +EOS CCA,    700 Longwater Dr,   Norwell, MA 02061-1624
517713396      EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
517713397     +EZPass NJ,    375 McCarter Highway (Route 21),    Newark, NJ 07114-2562
517713394      East Orange Water Commission,    PO Box 829793,    Philadelphia, PA 19182-9793
517713398     +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
517713399     +Geico Indemnity Company,    One GEICO Plaza,    Washington, DC 20076-0005
517713400      HESAA,    PO Box 548,    Newark, NJ 07101-0548
517713401     +HSBC Bank USA, N.A.,    P.O. Box 2013,    Buffalo, NY 14240-2013
517713406     +NJ E-ZPass,    PO Box 4971,   Trenton, NJ 08650-4971
517713407      NYC Department of Finance,    Parking Violations,    Church Street Station,    PO Box 3600,
                New York, NY 10008-3600
517713408     +PA Turnpike TOLL BY PLATE,    300 East Park Drive,    Harrisburg, PA 17111-2729
517713409      PAM, LLC-PA Turnpike,    PO Box 1153,    Milwaukee, WI 53201-1153
517713385      PO Box 4310,    Carol Stream, IL 60197-4310
517713412      PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517713410      Pennsylvania Turnpike Commission,    P.O. Box 67676,    Harrisburg, PA 17106-7676
517713411      Professional Account Management, LLC,    PO Box 1520,    Milwaukee, WI 53201-1520
517937403    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,   P.O. Box 245,    Trenton, NJ 08695-0245)
517764942     +Sansone Route 1 Nissan,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                Parsippany, NJ 07054-4609
517713415     +St. Joseph's Regional Med Ctr,    P.O. Box 32025,    New York, NY 10087-2025
517713418     +TBOM/ATLS/FORTIVA,    PO Box 105555,    Atlanta, GA 30348-5555
517713419      Tolls by Mail Payment Processing Center,    PO Box 15183,    Albany, NY 12212-5183
517713421     +Tunnels, Bridges and Terminals,    The Port Authority of NY & NJ,    4 World Trade Center,
                150 Greenwich Street, 22nd Floor,    New York, NY 10007-2355
517713422      US ASSET MANAGEMENT INC,    PO Box 981002,    Boston, MA 02298-1002
517713425      Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2020 23:12:03      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2020 23:12:01      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517713386     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 28 2020 23:12:22
                Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
517804460     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 28 2020 23:12:22
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1873
517713388      E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 28 2020 23:12:31      CCS,
                Payment Processing Center,    PO Box 55126,    Boston, MA 02205-5126
517713387     +E-mail/Text: bankruptcy@cavps.com Jul 28 2020 23:12:14      Cavalry Portfolio Services, LLP,
                500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
517678691     +E-mail/Text: bankruptcy@cavps.com Jul 28 2020 23:12:14      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517672281     +E-mail/Text: ebnnotifications@creditacceptance.com Jul 28 2020 23:11:23      Credit Acceptance,
                25505 W. Twelve Mile #3000,    Southfield, MI 48034-8331
517713392     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 28 2020 23:20:56      Credit One Bank,
                PO Box 98875,   Las Vegas, NV 89193-8875
517792072     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2020 23:21:03      Directv, LLC,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517713393      E-mail/Text: bankruptcynotices@dcicollect.com Jul 28 2020 23:12:25
                Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
517713402      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 28 2020 23:11:34      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
517713403     +E-mail/Text: bncnotices@becket-lee.com Jul 28 2020 23:11:29      Kohls/CapOne,    PO Box 3115,
                Milwaukee, WI 53201-3115
517713404     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 28 2020 23:12:01      Midland Funding, LLC,
                2365 Northside Dr #300,    San Diego, CA 92108-2709
517713405     +E-mail/Text: electronicbkydocs@nelnet.net Jul 28 2020 23:12:04      NelNet/Education Financial,
                3015 S Parker Rd,    Ste 400,   Aurora, CO 80014-2904
```

```
District/off: 0312-2              User: admin                Page 2 of 3                  Date Rcvd: Jul 28, 2020
                                  Form ID: 185               Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517861074      +E-mail/Text: bankruptcy@pseg.com Jul 28 2020 23:11:17      PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,   Cranford NJ 07016-0490
517752225      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2020 23:12:10       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517713413      +E-mail/Text: Supportservices@receivablesperformance.com Jul 28 2020 23:12:30
                 Receivables Performance,   20816 44th Ave W,    Lynnwood, WA 98036-7744
517713414       E-mail/Text: bankruptcy@sw-credit.com Jul 28 2020 23:12:03       Southwest Credit,
                 4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
517713417       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jul 28 2020 23:19:52
                 T-Mobile Bankruptcy Team,   PO Box 53410,   Bellevue, WA 98015-3410
517694463      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2020 23:20:11       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517713420       E-mail/Text: bankruptcydepartment@tsico.com Jul 28 2020 23:12:29       Transworld Systems Inc.,
                 PO Box 15110,   Wilmington, DE 19850-5110
517803901      +E-mail/Text: BKRMailOps@weltman.com Jul 28 2020 23:12:05       U.S. Asset Management,
                 c/o Weltman,Weinberg,and Reis Co.,L.P.A.,    PO Box 93784,   Cleveland, OH 44101-5784
517799790      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2020 23:20:37       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517713424       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2020 23:11:12
                 Verizon,   P.O. Box 4833,   Trenton, NJ 08650-4833
517713423       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2020 23:11:13
                 Verizon,   PO Box 15124,   Albany, NY 12212-5124
                                                                                               TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517713416*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,   Compliance Activity,
                  PO Box 245,   Trenton, NJ 08695-0245)
                                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
```
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Angela Nascondiglio Stein    on behalf of Debtor Zina L. Lewis nascondiglio@middlebrooksshapiro.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Lauren Moyer    on behalf of Creditor    Bayview Loan Servicing, LLC lmoyer@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Lauren Moyer    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company lmoyer@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com,
           melindamiddlebrooks@gmail.com
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
```

```
District/off: 0312-2              User: admin              Page 3 of 3              Date Rcvd: Jul 28, 2020
                                  Form ID: 185             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 12