Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−25115−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zina L. Lewis
   aka Zina Drakeford, dba A Buck or 2
   19 Whittier Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1770

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      8/5/21
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks, Debtor's Attorney,

COMMISSION OR FEES
$9,743.00

EXPENSES
$43.23

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 7, 2021
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-25115-VFP |
| Zina L. Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 07, 2021 | Form ID: 137 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zina L. Lewis, 19 Whittier Street, East Orange, NJ 07018-1916 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 517713384 | | Aaron Sales & Lease Ownerships, 400 Galleria Pkwy., SE Ste 300, Atlanta GA 30339-3182 |
| 517763769 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517713389 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517670829 | + | CitiMortgage, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517713390 | | CitiMortgage, C/O Powers Kirn, L.L.C, 728 Marne Hwy Suite 200, Suite 803, Moorestown, NJ 08057-3128 |
| 517713391 | + | Comcast, One Comcast Center, Philadelphia, PA 19103, Credit Acceptance, PO Box 5070 Southfield, MI 48086-5070 |
| 517713395 | + | EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 517713396 | | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 517713397 | + | EZPass NJ, 375 McCarter Highway (Route 21), Newark, NJ 07114-2562 |
| 517713394 | | East Orange Water Commission, PO Box 829793, Philadelphia, PA 19182-9793 |
| 517713398 | + | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517713399 | + | Geico Indemnity Company, One GEICO Plaza, Washington, DC 20076-0005 |
| 517713400 | | HESAA, PO Box 548, Newark, NJ 07101-0548 |
| 517713401 | + | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 517713406 | + | NJ E-ZPass, PO Box 4971, Trenton, NJ 08650-4971 |
| 517713407 | | NYC Department of Finance, Parking Violations, Church Street Station, PO Box 3600, New York, NY 10008-3600 |
| 517713408 | + | PA Turnpike TOLL BY PLATE, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 517713409 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517713385 | | PO Box 4310, Carol Stream, IL 60197-4310 |
| 517713412 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517713410 | | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 517713411 | | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 517937403 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517764942 | + | Sansone Route 1 Nissan, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 517713415 | + | St. Joseph's Regional Med Ctr, P.O. Box 32025, New York, NY 10087-2025 |
| 517713418 | + | TBOM/ATLS/FORTIVA, PO Box 105555, Atlanta, GA 30348-5555 |
| 517713419 | | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 517713421 | + | Tunnels, Bridges and Terminals, The Port Authority of NY & NJ, 4 World Trade Center, 150 Greenwich Street, 22nd Floor, New York, NY 10007-2355 |
| 517713422 | | US ASSET MANAGEMENT INC, PO Box 981002, Boston, MA 02298-1002 |
| 517713425 | | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2021 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2021 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 18-25115-VFP    Doc 115    Filed 07/09/21    Entered 07/10/21 00:14:29    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2021 | Form ID: 137 | Total Noticed: 63 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517713386 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 07 2021 20:40:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 517804460 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 07 2021 20:40:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517713388 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 07 2021 20:40:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 517713387 | + | Email/Text: bankruptcy@cavps.com | Jul 07 2021 20:40:00 | Cavalry Portfolio Services, LLP, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 517678691 | + | Email/Text: bankruptcy@cavps.com | Jul 07 2021 20:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517670830 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2021 20:44:46 | CitiMortgage, Inc., P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 518998046 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 07 2021 20:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518998045 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 07 2021 20:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 517672281 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 07 2021 20:40:00 | Credit Acceptance, 25505 W. Twelve Mile #3000, Southfield, MI 48034-8331 |
| 517713392 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2021 11:35:53 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517792072 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 07 2021 20:44:36 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713393 | | Email/Text: bankruptcynotices@dcicollect.com | Jul 07 2021 20:40:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 517713402 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2021 20:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517713403 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 07 2021 20:40:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517713404 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2021 20:40:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 517713405 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 07 2021 20:40:00 | NelNet/Education Financial, 3015 S Parker Rd, Ste 400, Aurora, CO 80014-2904 |
| 517861074 | + | Email/Text: bankruptcy@pseg.com | Jul 07 2021 20:40:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 517752225 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 07 2021 20:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517713413 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 07 2021 20:40:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 517713414 | | Email/Text: bankruptcy@sw-credit.com | Jul 07 2021 20:40:00 | Southwest Credit, 4120 Internation Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 517713417 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jul 07 2021 20:44:44 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 517694463 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 07 2021 20:44:41 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713420 | | Email/Text: bankruptcydepartment@tsico.com | Jul 07 2021 20:40:00 | Transworld Systems Inc., PO Box 15110, |

Case 18-25115-VFP    Doc 115    Filed 07/09/21    Entered 07/10/21 00:14:29    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2021 | Form ID: 137 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | Wilmington, DE 19850-5110 |
| 517803901 | + | Email/Text: BKRMailOps@weltman.com | Jul 07 2021 20:40:00 | U.S. Asset Management, c/o Weltman,Weinberg,and Reis Co.,L.P.A., PO Box 93784, Cleveland, OH 44101-5784 |
| 519192507 | + | Email/Text: bknotices@snsc.com | Jul 07 2021 20:40:00 | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust N.A., as Trustee of the, c/o SN Servicing Corporation 95501-0305 |
| 519192506 | + | Email/Text: bknotices@snsc.com | Jul 07 2021 20:40:00 | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517799790 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 07 2021 20:44:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713424 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 07 2021 20:40:00 | Verizon, P.O. Box 4833, Trenton, NJ 08650-4833 |
| 517713423 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 07 2021 20:40:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517713416 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021             Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Angela Nascondiglio Stein | on behalf of Debtor Zina L. Lewis nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 07, 2021 | Form ID: 137 | Total Noticed: 63 |

    bkgroup@kmllawgroup.com

Kevin Gordon McDonald

    on behalf of Creditor Bayview Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Moyer

    on behalf of Creditor Bayview Loan Servicing LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Lauren Moyer

    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Lauren Moyer

    on behalf of Creditor COMMUNITY LOAN SERVICING LLC lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Melinda D. Middlebrooks

    on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melissa S DiCerbo

    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III

    on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com

TOTAL: 14