Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–25115–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Zina L. Lewis
    aka Zina Drakeford, dba A Buck or 2
    19 Whittier Street
    East Orange, NJ 07018

Social Security No.:
    xxx–xx–1770

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/19/21 at 10:00 AM

to consider and act upon the following:

*112* – Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie–Ann Greenberg. Objection deadline is 7/16/2021. (Attachments: # 1 SELL/REFIN DEFAULT–Proposed Dismissal Order) (Greenberg, Marie–Ann)

*116* – Certification in Opposition to Trustee Default (related document:112 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie–Ann Greenberg. Objection deadline is 7/16/2021. (Attachments: # 1 SELL/REFIN DEFAULT–Proposed Dismissal Order) filed by Trustee Marie–Ann Greenberg) filed by Angela Nascondiglio Stein on behalf of Zina L. Lewis. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 7/16/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court