Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 18−25115−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zina L. Lewis
   aka Zina Drakeford, dba A Buck or 2
   19 Whittier Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1770

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/19/21 at 10:00 AM

to consider and act upon the following:

*112* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/16/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*116* − Certification in Opposition to Trustee Default (related document:112 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/16/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Angela Nascondiglio Stein on behalf of Zina L. Lewis. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 7/16/21

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Zina L. Lewis  
    Debtor

Case No. 18-25115-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 16, 2021      Form ID: ntchrgbk      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zina L. Lewis, 19 Whittier Street, East Orange, NJ 07018-1916 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Alexandra T. Garcia  
     on behalf of Creditor Bayview Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Angela Nascondiglio Stein  
     on behalf of Debtor Zina L. Lewis nascondiglio@middlebrooksshapiro.com

Denise E. Carlon  
     on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan C. Schwalb  
     on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald  
     on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 16, 2021 | Form ID: ntchrgbk | Total Noticed: 2 |

Kevin Gordon McDonald
    on behalf of Creditor Bayview Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor COMMUNITY LOAN SERVICING LLC lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melissa S DiCerbo
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com

TOTAL: 14