| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on August 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Case No.:  _____

Chapter:           13

Judge:    _____

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 10, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____, the applicant, is allowed a fee of $ _____ for services rendered and expenses in the amount of $_____ for a total of $_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for

_____ months to allow for payment of the above fee.

No modification of the Debtor's Chapter 13 Plan is necessary. Debtor retained firm and paid an initial retainer of $2,500.00 retainer and filing fee of $310.00, with the balance of the retainer in the amount of $1,000.00 to be paid through the Chapter 13 plan as an administrative priority. Firm seeks payment of supplemental fees and expenses in the total sum of $9,426.23, consisting of $9,383.00 in supplemental fees and reimbursement of expenses in the sum of $43.23 to be paid outside the Chapter 13 plan.

This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*