Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−25115−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zina L. Lewis
   aka Zina Drakeford, dba A Buck or 2
   19 Whittier Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1770

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 8, 2020.

On 10/20/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                December 2, 2021
Time:               08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 20, 2021
JAN: dlr

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Zina L. Lewis  
    Debtor

Case No. 18-25115-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 20, 2021      Form ID: 185      Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zina L. Lewis, 19 Whittier Street, East Orange, NJ 07018-1916 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 517713384 | | Aaron Sales & Lease Ownerships, 400 Galleria Pkwy., SE Ste 300, Atlanta GA 30339-3182 |
| 517763769 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517713389 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517713390 | | CitiMortgage, C/O Powers Kirn, L.L.C, 728 Marne Hwy Suite 200, Suite 803, Moorestown, NJ 08057-3128 |
| 517670829 | + | CitiMortgage, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517713391 | + | Comcast, One Comcast Center, Philadelphia, PA 19103, Credit Acceptance, PO Box 5070 Southfield, MI 48086-5070 |
| 517713395 | + | EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 517713396 | | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 517713397 | + | EZPass NJ, 375 McCarter Highway (Route 21), Newark, NJ 07114-2562 |
| 517713394 | | East Orange Water Commission, PO Box 829793, Philadelphia, PA 19182-9793 |
| 517713398 | + | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517713399 | + | Geico Indemnity Company, One GEICO Plaza, Washington, DC 20076-0005 |
| 517713400 | | HESAA, PO Box 548, Newark, NJ 07101-0548 |
| 517713401 | + | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 517713406 | ++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562 address filed with court:, NJ E-ZPass, PO Box 4971, Trenton, NJ 08650 |
| 517713407 | | NYC Department of Finance, Parking Violations, Church Street Station, PO Box 3600, New York, NY 10008-3600 |
| 517713408 | + | PA Turnpike TOLL BY PLATE, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 517713409 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517713385 | | PO Box 4310, Carol Stream, IL 60197-4310 |
| 517713412 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517713410 | | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 517713411 | | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 517764942 | + | Sansone Route 1 Nissan, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 517713415 | + | St. Joseph's Regional Med Ctr, P.O. Box 32025, New York, NY 10087-2025 |
| 517937403 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517713416 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 517713419 | | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 517713421 | + | Tunnels, Bridges and Terminals, The Port Authority of NY & NJ, 4 World Trade Center, 150 Greenwich Street, 22nd Floor, New York, NY 10007-2355 |
| 517713422 | | US ASSET MANAGEMENT INC, PO Box 981002, Boston, MA 02298-1002 |
| 517713425 | | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 18-25115-VFP    Doc 129    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 185 | Total Noticed: 64 |

| Recipient ID | Notice Type | Date/Time | Name/Address |
|---|---|---|---|
| 517713386 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 20 2021 20:21:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 517804460 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 20 2021 20:21:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517713388 | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2021 20:22:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 517713387 | + Email/Text: bankruptcy@cavps.com | Oct 20 2021 20:22:00 | Cavalry Portfolio Services, LLP, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 517678691 | + Email/Text: bankruptcy@cavps.com | Oct 20 2021 20:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517670830 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 20:35:52 | CitiMortgage, Inc., P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 518998046 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 20 2021 20:21:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518998045 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 20 2021 20:21:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 517672281 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 20 2021 20:21:00 | Credit Acceptance, 25505 W. Twelve Mile #3000, Southfield, MI 48034-8331 |
| 517713392 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2021 20:36:01 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517792072 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 20:36:13 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713393 | Email/Text: bankruptcynotices@dcicollect.com | Oct 20 2021 20:22:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 517713402 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2021 20:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517713403 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2021 20:21:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517713404 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2021 20:22:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 517713406 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 20 2021 20:21:00 | NJ E-ZPass, PO Box 4971, Trenton, NJ 08650 |
| 517713405 | + Email/Text: electronicbkydocs@nelnet.net | Oct 20 2021 20:22:00 | NelNet/Education Financial, 3015 S Parker Rd, Ste 400, Aurora, CO 80014-2904 |
| 517861074 | + Email/Text: bankruptcy@pseg.com | Oct 20 2021 20:21:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 517752225 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2021 20:22:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517713413 | + Email/Text: Supportservices@receivablesperformance.com | Oct 20 2021 20:22:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 517713414 | Email/Text: bankruptcy@sw-credit.com | Oct 20 2021 20:22:00 | Southwest Credit, 4120 Internation Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 517713417 | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Oct 20 2021 20:35:58 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 517694463 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 20:36:13 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 517713418 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 20 2021 20:21:00 | TBOM/ATLS/FORTIVA, PO Box 105555, Atlanta, GA 30348-5555 |
| 517713420 | | Email/Text: bankruptcydepartment@tsico.com | Oct 20 2021 20:22:00 | Transworld Systems Inc., PO Box 15110, Wilmington, DE 19850-5110 |
| 517803901 | + | Email/Text: BKRMailOps@weltman.com | Oct 20 2021 20:22:00 | U.S. Asset Management, c/o Weltman,Weinberg,and Reis Co.,L.P.A., PO Box 93784, Cleveland, OH 44101-5784 |
| 519192507 | + | Email/Text: bknotices@snsc.com | Oct 20 2021 20:22:00 | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust N.A., as Trustee of the, c/o SN Servicing Corporation 95501-0305 |
| 519192506 | + | Email/Text: bknotices@snsc.com | Oct 20 2021 20:22:00 | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517799790 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 20:36:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713424 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2021 20:21:00 | Verizon, P.O. Box 4833, Trenton, NJ 08650-4833 |
| 517713423 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2021 20:21:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Alexandra T. Garcia
                    on behalf of Creditor Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Angela Nascondiglio Stein
                    on behalf of Debtor Zina L. Lewis nascondiglio@middlebrooksshapiro.com

Denise E. Carlon
                    on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jessica M. Minneci
                    on behalf of Debtor Zina L. Lewis jminneci@middlebrooksshapiro.com

Jonathan C. Schwalb

| | |
|---|---|
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor COMMUNITY LOAN SERVICING LLC nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melissa S DiCerbo | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 15