Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−25115−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zina L. Lewis
   aka Zina Drakeford, dba A Buck or 2
   19 Whittier Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1770

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 3, 2021.

Dated: December 3, 2021
JAN: mcp

                                                                                                 Jeanne Naughton
                                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Zina L. Lewis  
    Debtor

Case No. 18-25115-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Dec 03, 2021     Form ID: plncf13     Total Noticed: 64

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zina L. Lewis, 19 Whittier Street, East Orange, NJ 07018-1916 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 517713384 | | Aaron Sales & Lease Ownerships, 400 Galleria Pkwy., SE Ste 300, Atlanta GA 30339-3182 |
| 517763769 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517713389 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517670829 | + | CitiMortgage, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517713390 | | CitiMortgage, C/O Powers Kirn, L.L.C, 728 Marne Hwy Suite 200, Suite 803, Moorestown, NJ 08057-3128 |
| 517713391 | + | Comcast, One Comcast Center, Philadelphia, PA 19103, Credit Acceptance, PO Box 5070 Southfield, MI 48086-5070 |
| 517713395 | + | EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 517713396 | | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 517713397 | + | EZPass NJ, 375 McCarter Highway (Route 21), Newark, NJ 07114-2562 |
| 517713394 | | East Orange Water Commission, PO Box 829793, Philadelphia, PA 19182-9793 |
| 517713398 | + | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517713399 | + | Geico Indemnity Company, One GEICO Plaza, Washington, DC 20076-0005 |
| 517713400 | | HESAA, PO Box 548, Newark, NJ 07101-0548 |
| 517713401 | + | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 517713407 | | NYC Department of Finance, Parking Violations, Church Street Station, PO Box 3600, New York, NY 10008-3600 |
| 517713408 | + | PA Turnpike TOLL BY PLATE, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 517713409 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517713385 | | PO Box 4310, Carol Stream, IL 60197-4310 |
| 517713412 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517713410 | | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 517713411 | | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 517764942 | + | Sansone Route 1 Nissan, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 517713415 | + | St. Joseph's Regional Med Ctr, P.O. Box 32025, New York, NY 10087-2025 |
| 517937403 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517713416 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 517713419 | | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 517713421 | + | Tunnels, Bridges and Terminals, The Port Authority of NY & NJ, 4 World Trade Center, 150 Greenwich Street, 22nd Floor, New York, NY 10007-2355 |
| 517713422 | | US ASSET MANAGEMENT INC, PO Box 981002, Boston, MA 02298-1002 |
| 517713425 | | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517713386 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 03 2021 20:36:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 517804460 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | | |

Case 18-25115-VFP    Doc 133    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: plncf13 | Total Noticed: 64 |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 03 2021 20:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517713388 | | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 03 2021 20:36:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 517713387 | + | Email/Text: bankruptcy@cavps.com | Dec 03 2021 20:36:00 | Cavalry Portfolio Services, LLP, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 517678691 | + | Email/Text: bankruptcy@cavps.com | Dec 03 2021 20:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517713389 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 03 2021 20:36:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517670830 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 20:52:30 | CitiMortgage, Inc., P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 518998046 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 03 2021 20:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518998045 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 03 2021 20:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 517672281 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 03 2021 20:35:00 | Credit Acceptance, 25505 W. Twelve Mile #3000, Southfield, MI 48034-8331 |
| 517713392 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 20:35:07 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517792072 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 03 2021 20:35:09 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713393 | | Email/Text: bankruptcynotices@dcicollect.com | Dec 03 2021 20:36:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 517713398 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2021 20:35:16 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517713402 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2021 20:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517713403 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 03 2021 20:36:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517713404 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2021 20:36:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 517713406 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 03 2021 20:36:00 | NJ E-ZPass, PO Box 4971, Trenton, NJ 08650 |
| 517713405 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 03 2021 20:36:00 | NelNet/Education Financial, 3015 S Parker Rd, Ste 400, Aurora, CO 80014-2904 |
| 517861074 | + | Email/Text: bankruptcy@pseg.com | Dec 03 2021 20:35:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 517752225 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 03 2021 20:36:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517713413 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 03 2021 20:36:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 517713414 | | Email/Text: bankruptcy@sw-credit.com | Dec 03 2021 20:36:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 517713417 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 03 2021 20:35:04 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 517694463 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 03 2021 20:35:09 | T Mobile/T-Mobile USA Inc, by American |

Case 18-25115-VFP    Doc 133    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: plncf13 | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| | | | | InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713418 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 03 2021 20:36:00 | TBOM/ATLS/FORTIVA, PO Box 105555, Atlanta, GA 30348-5555 |
| 517713420 | | Email/Text: bankruptcydepartment@tsico.com | Dec 03 2021 20:36:00 | Transworld Systems Inc., PO Box 15110, Wilmington, DE 19850-5110 |
| 517803901 | + | Email/Text: BKRMailOps@weltman.com | Dec 03 2021 20:36:00 | U.S. Asset Management, c/o Weltman,Weinberg,and Reis Co.,L.P.A., PO Box 93784, Cleveland, OH 44101-5784 |
| 519192507 | + | Email/Text: bknotices@snsc.com | Dec 03 2021 20:36:00 | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust N.A., as Trustee of the, c/o SN Servicing Corporation 95501-0305 |
| 519192506 | + | Email/Text: bknotices@snsc.com | Dec 03 2021 20:36:00 | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517799790 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 03 2021 20:35:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713424 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 03 2021 20:35:00 | Verizon, P.O. Box 4833, Trenton, NJ 08650-4833 |
| 517713423 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 03 2021 20:35:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Angela Nascondiglio Stein | on behalf of Debtor Zina L. Lewis nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Zina L. Lewis jminneci@middlebrooksshapiro.com |

Case 18-25115-VFP    Doc 133    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: plncf13 | Total Noticed: 64 |

| | |
|---|---|
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Bayview Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor COMMUNITY LOAN SERVICING LLC nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |
| Melissa S DiCerbo | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com |

TOTAL: 15