Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−25115−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zina L. Lewis
   aka Zina Drakeford, dba A Buck or 2
   19 Whittier Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1770

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/21/22 at 10:00 AM

to consider and act upon the following:

*143* − Creditor's Certification of Default (related document:125 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust. Objection deadline is 04/7/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Schwalb, Jonathan)

*144* − Certification in Opposition to Creditor Certification of Default (related document:143 Creditor's Certification of Default (related document:125 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust. Objection deadline is 04/7/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust) filed by Angela Nascondiglio Stein on behalf of Zina L. Lewis. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 3/30/22

                                                                 Jeanne Naughton
                                                                 Clerk, U.S. Bankruptcy Court