| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Zina L. Lewis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1770<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18-25115-VFP | | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>   Zina L. Lewis
>   aka Zina Drakeford, dba A Buck or 2

10/3/22                                                                     **By the court:** Vincent F. Papalia
                                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

 ♦ debts that are domestic support
    obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-25115-VFP |
| Zina L. Lewis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 03, 2022 | Form ID: 3180W | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zina L. Lewis, 19 Whittier Street, East Orange, NJ 07018-1916 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 517670829 | + | CitiMortgage, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517713390 | | CitiMortgage, C/O Powers Kirn, L.L.C, 728 Marne Hwy Suite 200, Suite 803, Moorestown, NJ 08057-3128 |
| 517713391 | + | Comcast, One Comcast Center, Philadelphia, PA 19103, Credit Acceptance, PO Box 5070 Southfield, MI 48086-5070 |
| 517713397 | + | EZPass NJ, 375 McCarter Highway (Route 21), Newark, NJ 07114-2562 |
| 517713394 | | East Orange Water Commission, PO Box 829793, Philadelphia, PA 19182-9793 |
| 517713400 | | HESAA, PO Box 548, Newark, NJ 07101-0548 |
| 517713407 | | NYC Department of Finance, Parking Violations, Church Street Station, PO Box 3600, New York, NY 10008-3600 |
| 517713408 | + | PA Turnpike TOLL BY PLATE, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 517713409 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 517713385 | | PO Box 4310, Carol Stream, IL 60197-4310 |
| 517713410 | | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 517713411 | | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 517713415 | + | St. Joseph's Regional Med Ctr, P.O. Box 32025, New York, NY 10087-2025 |
| 517937403 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517713416 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 517713419 | | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 517713421 | + | Tunnels, Bridges and Terminals, The Port Authority of NY & NJ, 4 World Trade Center, 150 Greenwich Street, 22nd Floor, New York, NY 10007-2355 |
| 517713422 | | US ASSET MANAGEMENT INC, PO Box 981002, Boston, MA 02298-1002 |
| 517713425 | | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 03 2022 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 03 2022 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517713384 | | Email/Text: bankruptcynotices@aarons.com | Oct 03 2022 20:57:00 | Aaron Sales & Lease Ownerships, 400 Galleria Pkwy., SE Ste 300, Atlanta GA 30339-3182 |
| 517713386 | + | EDI: LCIBAYLN | Oct 04 2022 00:53:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 517804460 | + | EDI: LCIBAYLN | Oct 04 2022 00:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 517713388 | | EDI: CCS.COM | Oct 04 2022 00:53:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 517763769 | | Email/PDF: bncnotices@becket-lee.com | | |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 03 2022 21:01:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517713387 | + | Email/Text: bankruptcy@cavps.com | Oct 03 2022 20:57:00 | Cavalry Portfolio Services, LLP, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517678691 | + | Email/Text: bankruptcy@cavps.com | Oct 03 2022 20:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517713389 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 03 2022 20:57:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517670830 | | EDI: CITICORP.COM | Oct 04 2022 00:53:00 | CitiMortgage, Inc., P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 518998046 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2022 20:56:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518998045 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2022 20:56:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517672281 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 03 2022 20:56:00 | Credit Acceptance, 25505 W. Twelve Mile #3000, Southfield, MI 48034-8331 |
| 517713392 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 03 2022 21:01:28 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517792072 | + | EDI: AIS.COM | Oct 04 2022 00:53:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713393 | | EDI: DCI.COM | Oct 04 2022 00:53:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 517713396 | | Email/Text: bankruptcydepartment@tsico.com | Oct 03 2022 20:57:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 517713395 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 03 2022 20:57:00 | EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 517713398 | + | EDI: AMINFOFP.COM | Oct 04 2022 00:53:00 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517713399 | ^ | MEBN | Oct 03 2022 20:54:15 | Geico Indemnity Company, One GEICO Plaza, Washington, DC 20076-0005 |
| 517713401 | + | EDI: HFC.COM | Oct 04 2022 00:53:00 | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 517713402 | | EDI: IRS.COM | Oct 04 2022 00:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517713403 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 03 2022 20:56:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517713404 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2022 20:57:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 517713406 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 03 2022 20:56:00 | NJ E-ZPass, PO Box 4971, Trenton, NJ 08650 |
| 517713405 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 03 2022 20:57:00 | NelNet/Education Financial, 3015 S Parker Rd, Ste 400, Aurora, CO 80014-2904 |
| 517861074 | + | Email/Text: bankruptcy@pseg.com | Oct 03 2022 20:56:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 517713412 | ^ | MEBN | Oct 03 2022 20:53:00 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517752225 | + | EDI: JEFFERSONCAP.COM | Oct 04 2022 00:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: 3180W | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| 517713413 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 03 2022 20:57:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 517764942 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Oct 03 2022 20:56:00 | Sansone Route 1 Nissan, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 517713414 | | Email/Text: bankruptcy@sw-credit.com | Oct 03 2022 20:57:00 | Southwest Credit, 4120 Internation Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 517713417 | | EDI: AISTMBL.COM | Oct 04 2022 00:53:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 517694463 | + | EDI: AIS.COM | Oct 04 2022 00:53:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713418 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 03 2022 20:56:00 | TBOM/ATLS/FORTIVA, PO Box 105555, Atlanta, GA 30348-5555 |
| 517713420 | | Email/Text: bankruptcydepartment@tsico.com | Oct 03 2022 20:57:00 | Transworld Systems Inc., PO Box 15110, Wilmington, DE 19850-5110 |
| 517803901 | + | Email/Text: BKRMailOps@weltman.com | Oct 03 2022 20:57:00 | U.S. Asset Management, c/o Weltman,Weinberg,and Reis Co.,L.P.A., PO Box 93784, Cleveland, OH 44101-5784 |
| 519192507 | + | Email/Text: bknotices@snsc.com | Oct 03 2022 20:57:00 | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust N.A., as Trustee of the, c/o SN Servicing Corporation 95501-0305 |
| 519192506 | + | Email/Text: bknotices@snsc.com | Oct 03 2022 20:57:00 | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517799790 | + | EDI: AIS.COM | Oct 04 2022 00:53:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517713424 | | EDI: VERIZONCOMB.COM | Oct 04 2022 00:53:00 | Verizon, P.O. Box 4833, Trenton, NJ 08650-4833 |
| 517713423 | | EDI: VERIZONCOMB.COM | Oct 04 2022 00:53:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Angela Nascondiglio Stein | on behalf of Debtor Zina L. Lewis nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Zina L. Lewis jminneci@middlebrooksshapiro.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor COMMUNITY LOAN SERVICING LLC nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Melinda D. Middlebrooks | on behalf of Debtor Zina L. Lewis middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melissa S DiCerbo | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Bayview Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 15